```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STACY JILL REFF,
                                                                              JUDGMENT
                    Plaintiff,                                                18-CV-6878 (PKC)
        v.

ANDREW SAUL,

                    Defendant.
-----------------------------------------------------------------X
```

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2020, granting Plaintiff's motion for judgment on the pleadings; denying the Commissioner's cross-motion; and remanding the Commissioner's decision for further consideration consistent with this Memorandum and Order; it is

ORDERED and ADJUDGED that Plaintiff's motion for judgment on the pleadings is granted; that the Commissioner's cross-motion is denied; and that the Commissioner's decision is remanded for further consideration consistent with this Memorandum and Order.

Dated: Brooklyn, New York  
       March 31, 2020

Douglas C. Palmer  
Clerk of Court

By:    */s/Jalitza Poveda*  
       Deputy Clerk